UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ESTRADA MONTERO,<br><br>        Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br><br>        Respondent. | CASE NO. CV 13-3166-DOC (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Petition Without Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

    DATED:    May 10, 2013.

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Montero Judgment.wpd